UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAVI SHARMA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAFFAR HUSSAIN, et al.,<br><br>    Defendants. | No.  2:20-cv-01154-JAM-CKD PS<br><br>ORDER TO SHOW CAUSE |

    On October 6, 2020, the court dismissed plaintiff's first amended complaint with leave to amend.  (ECF No. 9.)  Plaintiff was given 30 days to file a second amended complaint and cautioned that failure to timely comply with the order would result in a recommendation that this action be dismissed.  (Id.)  That deadline has now passed, and the court's records show that plaintiff failed to file either a second amended complaint or a notice of voluntary dismissal.

    The court has considered whether this action should be dismissed at this juncture due to this failure, as this is plaintiff's second time missing a deadline to file an amended complaint.  (See ECF Nos. 3-5.)  Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing this order to show cause.

////

////

1

Accordingly, IT IS ORDERED that:

1. Within 10 days of the date of entry of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute this case;
2. Within 10 days of the date of this order, plaintiff shall file a second amended complaint, or a notice of voluntary dismissal, in compliance with the court's October 6, 2020 order; and
3. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  November 10, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, shar.1154

2